JIM LAWING, #6218
Farmers & Bankers Building
200 East First Street, Suite 400
Wichita, Kansas 67202
(316)267-2821

FILED
U.S. DISTRICT COURT
DISTRICT OF KANSAS

'10 SEP -3 A10:47

CLERK, U.S. DISTRICT COURT
BY: _____ DEPUTY CLERK
AT WICHITA, KS

IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

J. MICHAEL HAND, )
            Plaintiff, )
vs. )
   ) Case No. 10-1296-SAC-KGS
WALNUT VALLEY SAILING CLUB, )
)
            Defendant. )

## COMPLAINT AND APPLICATION FOR A PRELIMINARY INJUNCTION

For his causes of action, plaintiff alleges:

1. He is a resident of the State of Kansas who has been a member of the defendant, Walnut Valley Sailing Club, a not-for-profit corporation with a mailing address of P.O. Box 20076, Wichita, KS 67208-1076.

2. In pursuit of his rights as a citizen of the United States and the State of Kansas, plaintiff wrote a letter, attached hereto, marked Exhibit 1 and incorporated by reference, informing Mark Parkinson, Governor of the State of Kansas, about defendant's violations of the Public Accommodation section of the Americans with Disabilities Act, 42 U.S.C. 12,181 *et seq.*, hereafter referred to as Title III of the ADA.

3. In reprisal for the plaintiff's letter to Governor Parkinson, the defendant's President, Greg Rincker, acting in defendant's behalf, sent plaintiff a letter on March 15, 2010, a copy of which is attached hereto, marked Exhibit 2 and incorporated by reference, expelling plaintiff from membership in the Walnut Valley Sailing Club.

4.      This retaliatory action of defendant violates 42 U.S.C. § 12,203, which reads in pertinent part:

"No person shall discriminate against any individual because such Individual has opposed any act or practice made unlawful by this Act . . .".

5.      Defendant is subject to Title III of the ADA.

6.      Defendant is in violation of Title III of the ADA.

7.      Under Rule 65 of the Federal Rules of Civil Procedure, plaintiff prays the Court set this case for a hearing on his Application for a Preliminary Injunction and order defendant to reinstate him as a member.

8.      Thereafter, plaintiff further requests the Court hear evidence proving the defendant's violations of Title III of the ADA, as set forth in his letter to Governor Parkinson, and order defendant to commence good faith negotiations with plaintiff and officials of State and Federal governments that will lead to correcting the barriers that exist on defendant's property that inhibit and prevent persons with disabilities from full participation in its activities.

9.      Plaintiff also requests the Court award him attorney fees and other costs of litigation under the ADA.

10.     For a second cause of action, plaintiff alleges the defendant's retaliatory actions removing him from an organization to which he has belonged for more than 20 years were embarrassing and humiliating, causing him personal injury that entitle him to compensatory damages in excess of $75,000.

11.     The defendant's actions that caused plaintiff's injuries violated the Kansas public policy protecting citizens' rights who engage in acts known as whistle-blowing.

WHEREFORE, plaintiff prays for a declaratory judgment finding defendant's actions against him violated the ADA's prohibition of retaliatory conduct, for a finding that defendant has maintained structural barriers on its property that violate Title III of the ADA, that such finding be followed with directions to correct the violations, for an award of an attorney fee and other costs of litigation, and for an award of compensatory damages in excess of $75,000.

/s/ JIM LAWING
JIM LAWING, #6218
200 East First Street, Suite 400
Wichita, Kansas 67202
Ph: (316) 267-2821
Fax: (316) 267-5389
jinxmaryann@msn.com
Attorney for Plaintiff

Plaintiff requests the case be tried in Wichita, KS.

Dear Governor Parkinson

I am needing your help convincing the Walnut Valley Sailing Club and their Sail Training Education Program of the importance of complying with the Americans with Disability Act.

The Walnut Valley Sailing Club and their Sail Training Education Program operate under a concessionaire's license and is located in the State Park , El Dorado Reservoir , Eldorado Kansas

The Sail Training program offers sailing lessons to the club's adult members as well as a youth program open to all area children

The boats used for the training program are made available for general membership use  (some restrictions apply)

The Sail training program is in the process of converting a truck van body ( photos below)  into a storage structure for the  sails, rudders and other sailboat parts not normally stored on their training boats. As a part of getting the boat ready to sail, the sailor will get the boat's necessary hardware from the structure….. take it to and mount upon the boat….. and when finished with the boat, remove the hardware, and return it to storage

 They are planning on  placing the Structure within the Maximum impound area of the lake to be close to the boats. To prevent the box's flooding when the lake is at near capacity, they will be putting the box upon blocks

 ( I have been told application has been filed requesting permission to place the box within the lake's impound area  )

## Their current  plans for the conversion and placement do not comply with the American's with Disabilities Act.

When members have expressed concerns  …….. their concerns have been labeled as "Not Constructive"

Aggressively raising issues considered  "not constructive" results in one's being dis-invited from attending planning meetings

The club seems to be unsure as to how long they are intending to use the structure, as I understand, American's With Disabilities Act applies to tempory as well as permanent structures

It appears to me there are 3 compliance issues


1 Access to the structure, currently the box sits 1 foot 1 inch above ground level , my understanding when moving the box into place, they are  planning to block it even higher to prevent flooding ………making access impossible for someone Wheel chair bound to get to the equipment …..


2 Ability to get into the structure …… members are allowed to use the boats at will…….often there is no one at the sailing club other than the sailor wanting to take a boat out for an evening sail…… only with great difficulty could some handicapped people open the current doors ……. others……with out assistance ….. opening the current doors of  the structure to get the boat hardware would be impossible  ……..


3 once inside the structure ……….. turn around space for the wheel chair

                Storage height of boats Hardware ( because it is Self Serve)   *Exhibit 1*

If they are planning on storing stuff as high as the structures ceiling, a wheel chair bound sailor at the lake by himself, won't be able to reach the hardware he will be needing .....

I guess this bring us to what I would like for the State of Kansas to do

1. Contact the Walnut Valley Sailing reminding them since they operate in a State Park, they have an obligation to ensure their facility complies with the Americans with Disability Act
2. Direct the Sailing Club not to proceed with the project until the State has reviewed this issue
3. require the sailing club to provide the State with structure and placement plans, certified by a licensed Architect as meeting the American with Disabilities Act for Wheel chair access, door accessibility, wheel chair turn around room, and since it is "Self Serve" wheel chair accessible storage for all the hardware

4 The State be in receipt of the complying plans before granting permission for the sailing club to proceed with the project

5 Require local Wildlife and Parks personal to inspect the project for plan compliance before allowing the Club to occupy the structure

Thank you for your assistance in this matter, please feel free to contact me for any additional assistance I can provide

J Michael Hand
jmikehand@hotmail.com
Phone 316 304 6041
P.O. Box 48064
Wichita Ks 67201





March 15, 2010

Walnut Valley Sailing Club
P.O. Box 20076
Wichita, KS  67208

Mike Hand
1945 N. Porter #145
Wichita, KS  67203

Mike,

The Board of Governors (BOG) of the Walnut Valley Sailing Club (WVSC) has voted to expel you from the club according to provisions in WVSC By-Laws, Article X, 3rd paragraph.

> **Power of Board to Suspend or Expel:**
> The Board of Governors at any regular or special meeting may suspend or expel for cause, in addition to the provisions heretofore made, any member of the club, such action to be by a three-fourths (3/4) vote of the Board of Governors.

The BOG finds just cause based on:

- Malicious and frivolous use of the Americans with Disabilities Act (ADA) to interfere with and oppose legitimate decisions and actions taken by the BOG. (ADA Title III, Public Accommodations, requires accommodations by a place of public accommodation and does not apply by definition to a private club like WVSC.)

- False statements made to the Governor of the State of Kansas regarding WVSC and its efforts to comply with the ADA

- Intentional and reckless actions that jeopardize the WVSC concessionaire license with the Kansas Department of Wildlife and Park (KDWP)

- Intentional and reckless actions that harm the reputation and working relationship of the WVSC with the KDWP officials at El Dorado Lake

- Intentionally publishing false and misinformation concerning the STEP Program to the general membership of WVSC

Please review the WVSC Handbook regarding Refunds. Removal of your personal property and return of WVSC property should be completed by April 17, 2010. Please contact me or any BOG member for access and removal of your boat.

On behalf of the Walnut Valley Sail Club and Board of Governors,

*Greg Rincker*

Greg Rincker – 2010 Commodore

Exhibit 2