# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

J. MICHAEL HAND,

    Plaintiff,

v.

WALNUT VALLEY SAILING CLUB,

    Defendant.

Case No. 6:10-cv-01296-SAC-KGS

## MOTION FOR INVOLUNTARY DISMISSAL

COMES NOW Defendant Walnut Valley Sailing Club, by and through its undersigned counsel of record, and pursuant to Fed. R. Civ. P. 41(b), moves the Court for involuntary dismissal of this lawsuit as a consequence of Plaintiff's breach of his duty to keep the mediation proceedings held in this matter confidential. Walnut Valley files a Memorandum in Support simultaneously herewith.

Respectfully submitted,

s/ Alan L. Rupe
ALAN L. RUPE, #08914
JASON D. STITT, #22216
KUTAK ROCK LLP
1605 N. Waterfront Parkway, Suite 150
Wichita, KS 67206
Telephone: (316) 609-7900
Facsimile: (316) 630-8021
alan.rupe@kutakrock.com
jason.stitt@kutakrock.com

4848-3912-3721.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of June, 2011, I electronically filed the above and foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to the following:

> Jim Lawing
> Farmers & Bankers Building
> 200 East First Street, Suite 400
> Wichita, KS 67202
>
> *Attorney for Plaintiff*

s/ Alan L. Rupe
Alan L. Rupe                    #08914
