Windows Live Hotmail Print Message

Print

## mediation

From: **Mike Hand** (jmikehand@hotmail.com)
Sent: Tue 5/03/11 8:42 PM
To:

REDACTED          REDACTED





B00737

Representatives of the Sailing Club board and I attended court ordered mediation this afternoon

the mediator      **REDACTED**      ........................ then      **REDACTED**

The mediator came back into my conference room while saying that the Sailing Club would not

**REDACTED**                          **REDACTED**

We offered      **REDACTED**

**REDACTED**

after a pretty significant time..........Rob Brown and Paul Mc Causland

**REDACTED**

........................ we waited about an Hour and a half and the mediator came back
In saying the club      **REDACTED**

As from when this started................................... this will end when the sailing club board of
governors decides they are ready to end this ....................... and not an moment before

The club had 2 Attorneys at the meeting

**REDACTED**

with the un-billed time then attorneys spent meeting with the Sailing club board and
.................... I expect the club has well exceeded the $10,000 retention

**REDACTED**

B00738