# RE: mediation

From: REDACTED
Sent: Wed 5/04/11 9:20 AM
To: 'Mike Hand' (jmikehand@hotmail.com)

Rob Brown has a very expensive ego... I don't think the club should have to pay for his ego. The majority of us wanted this ended last year with your reinstatement with no conditions. It's about time we draft a petition that will relieve him of his position.

---

**From:** Mike Hand [mailto:jmikehand@hotmail.com]
**Sent:** Tuesday, May 03, 2011 8:43 PM
**To:**

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

EXHIBIT
tabbies
B

ith

PENGAD 800-631-6989
DEPOSITION EXHIBIT
4