```
 1   .

 2                 IN THE UNITED STATES DISTRICT COURT

 3                      FOR THE DISTRICT OF KANSAS

 4   .

 5   J. MICHAEL HAND,

 6           Plaintiff,

 7   .

 8       vs.            Case No. 6:10-CV-01296-SAC-KGS

 9   .

10   WALNUT VALLEY SAILING CLUB,

11           Defendant.

12   .

13   .

14                              VOLUME I

15                            DEPOSITION OF

16                           J. MICHAEL HAND

17   taken on behalf of the Defendant, pursuant to

18   Notice to Take Deposition, beginning at 9:03 a.m.

19   on the 24th day of May, 2011, at the offices of

20   Kutak Rock LLP, Suite 150, 1605 North Waterfront

21   Parkway, in the City of Wichita, County of

22   Sedgwick, and State of Kansas, before Lee Ann

23   Bates, CSR, RPR, CRR.

24   .

25   .
```




Appino & Biggs Reporting Service, Inc.
Technology Specialists in Complex Litigation

(Main Office)              Toll Free: 888.273.3063      (Metro Kansas City)
Topeka, KS                 www.appinobiggs.com          Overland Park, KS
785.273.3063                                            913.383.1131

EXHIBIT H

```
 1        Q.   And the mediator was a Mr. Dennis Gillen?
 2        A.   Uh-huh, as I understand.
 3        Q.   And did you have conferences with Mr.
 4   Gillen?
 5             MR. LAWING:  What's that?  I'm sorry.
 6             BY MR. RUPE:
 7        Q.   Did you have conferences with Mr. Gillen?
 8             MR. LAWING:  I -- I do object, because we
 9   have an agreement that all those mediation
10   conferences are off the record and are to be
11   confidential, so we don't plan to get into any of
12   those conferences, other than the fact that we
13   held mediation.
14             MR. RUPE:  Well, I absolutely agree with
15   you they're confidential, so I will withdraw my
16   question --
17             MR. LAWING:  Okay.  Thanks.
18             MR. RUPE:  -- in respect for the
19   confidentiality, but I do want to hand the witness
20   some exhibits to identify.
21             THE WITNESS:  Now, it being confidential,
22   that's news to me.
23             MR. LAWING:  No, there's not a question.
24   Just wait till there's a question.
25             BY MR. RUPE:
```



Appino & Biggs
Reporting Service, Inc.

(Main Office)                Technology Specialists in Complex Litigation        (Metro Kansas City)
Topeka, KS                                                                       Overland Park, KS
785.273.3063                 Toll Free: 888.273.3063                             913.383.1131
                             www.appinobiggs.com

```
 1       Q.   That's my question.
 2       A.   I don't think I was treated fairly on
 3  that exchange.
 4       Q.   Uh-huh.  Would you agree that you
 5  disclosed information to the mediation?
 6       A.   Yes; absolutely.
 7       Q.   Will you agree that you disclosed
 8  information from the mediation to people who were
 9  not only club members, but to others who were not
10  club members?
11       A.   Absolutely.
12       Q.   Why did you do that?
13       A.   Club members had a right to know.  Do you
14  have any idea how much money that they're spending
15  on you?
16       Q.   Why did you advise people that weren't
17  members of the club?
18       A.   Because they're my friends and they're
19  concerned.  I get regular e-mails, people asking,
20  "How is this going on?"   REDACTED    "Take
21  that evil Mr. Brown," she was planning on racing
22  with me last summer.  I had an all-girl female
23  crew.  She wanted to be part of it.  She's done
24  that before over the years.  She's enjoyed it and
25  she can't do it -- wasn't able to do it last year,
```



Appino & Biggs
Reporting Service, Inc.

(Main Office)      Technology Specialists in Complex Litigation      (Metro Kansas City)
Topeka, KS                                                           Overland Park, KS
785.273.3063            Toll Free: 888.273.3063                      913.383.1131
                        www.appinobiggs.com