IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

J. MICHAEL HAND,

           Plaintiff,

Vs.                               No.  10-1296-SAC

WALNUT VALLEY SAILING CLUB,

           Defendant.

MEMORANDUM AND ORDER

This court referred two related motions in this case to the United States Magistrate Judge for report and recommendation: defendant's motion for leave to file amended answer asserting counterclaim (Dk. 42); and defendant's motion for temporary restraining order (Dk. 44). The Magistrate Judge filed a report and recommendation on June 29, 2011 (Dk. 59), clearly stating the parties' right to file written objections to the recommendation within fourteen days. Fourteen days have passed and no written objections have been filed in accordance with 28 U.S.C. § 636(b)(1).

The court has considered the report and recommendation, as well as the relevant pleadings in this case. Based upon this review and the absence of any filed objections, the court accepts the report and recommendation and adopts it as

the ruling of this court. Therefore, defendant's motion for leave to file amended answer asserting counterclaim (Dk. 42), and defendant's motion for temporary restraining order (Dk. 44), are denied.

IT IS SO ORDERED.

Dated this 19th day of July, 2011.

s/ Sam A. Crow
Sam A. Crow, U.S. District Senior Judge